# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT
JUL 03 2019
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**DANIEL P. FLINT,**<br><br>Defendant. | Criminal No. 5:19CR 105-MLC<br><br>Ct I:  18 U.S.C. § 134(a)(4)<br>(Assault by striking, beating, or wounding)<br><br>Ct II:  36 C.F.R. § 4.23(a)(2)<br>(Operating under the influence of alcohol or drugs) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about June 27, 2019, in the District of Wyoming within the exterior boundaries of Yellowstone National Park, the Defendant, **DANIEL P. FLINT**, did assault by striking, beating, or wounding SARAH TIEDEMAN.

In violation of 18 U.S.C. § 113(a)(4).

### COUNT TWO

On or about June 27, 2019, in the District of Wyoming within the exterior boundaries of Yellowstone National Park, the Defendant, **DANIEL P. FLINT**, was operating or being in actual physical control of a motor vehicle while the alcohol concentration of his blood or breath was 0.08

grams or more of alcohol per 100 milliliters of blood or 0.08 grams or more of alcohol per 210 liters of breath.

In violation of 36 C.F.R. § 4.23(a)(2).

DATED this 2 day of July, 2019.

MARK A. KLAASSEN
United States Attorney

By: _____
FRANCIS LELAND PICO
Assistant United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:** DANIEL P. FLINT

**DATE:** July 3, 2019

**INTERPRETER NEEDED:** No

**VICTIM(S):** Yes

**OFFENSE/PENALTIES:**

Ct: I  18 U.S.C. § 113(a)(4)
(Assault by striking, beating, or wounding)

Maximum Of 1 Year In Jail
Maximum Of $1,000 Fine
Up To 5 Years Of Unsupervised Probation

Ct: II  36 C.F.R. § 4.23(a)(2)
(Operating under the influence of alcohol or drugs)

Maximum Of 6 Months In Jail
Maximum Of $5,000 Fine
Up To 5 Years Of Unsupervised Probation

**AGENT:** Nicholas Derene, NPS

**AUSA:** Francis Leland Pico, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** No