# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT
JUL 03 2019
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

          Plaintiff,

vs.

DANIEL P. FLINT

          Defendant,

Case Number: 5:19CR105/19PO382/19PO347

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO THE BAIL REFORM ACT

**Location: Mammoth Courthouse**

| | |
|---|---|
| Yellowstone Justice Center, 105 Albright Ave. | Date: July 9, 2019 |
| Mammoth YNP, WY 82190 | Time: 3:00 P.M. |

IT IS ORDERED: The defendant having requested a continuation of the Detention Hearing, pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   July 3, 2019

_____
Mark L. Carman
United States Magistrate Judge

WY 58                                                                                   Rev. 05/25/2018